I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.2.14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN EDWARD ARREDONDO JR.,

Petitioner,

vs.

DAVID LONG, Warden,

Respondent.

Case No. EDCV 14-0535-MWF (RNB)

**JUDGMENT**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 29, 2014

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE